IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**v.**                   **CASE NO. 4:11CV00445 BSM**

**M/V CITY OF CLEVELAND, et al.**                          **DEFENDANTS**

## ORDER OF DISMISSAL

The parties have settled all claims and move for an order of dismissal pending final payment. [Doc. No. 6]. The motion is granted and this case is dismissed with prejudice.

The undersigned retains complete jurisdiction for thirty days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file those documents within sixty days of the date of this order.

IT IS SO ORDERED this 8th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE